# IN THE UNITED STATE DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 3:15-cr-30157-SMY |
| JESSIE S. URIAS, ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on Defendant Jessie S. Urias' Motion for Early Termination of Probation (Doc. 624). The United States Probation Office concurs with Defendant's request and the Government has no objection. The Court having been fully advised in the premises, hereby **GRANTS** Defendant's Motion. Accordingly, Defendant Jessie S. Urias' term of Probation is **TERMINATED** and **DISCHARGED** effective February 6, 2020.

**IT IS SO ORDERED.**

**DATE: February 6, 2020**

**STACI M. YANDLE**
**United States District Judge**